THE STATE EX REL. AMCAST INDUSTRIAL CORPORATION,
APPELLANT, *v.* HALL ET AL., APPELLEES.

[Cite as *State ex rel. Amcast Indus. Corp. v. Hall,*
99 Ohio St.3d 529, 2003-Ohio-4693.]

(No. 2002–1693—Submitted April 29, 2003—Decided September 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

O'DONNELL, J., not participating.

Roetzel & Andress, L.P.A., Charles D. Smith and Jeffrey S. Braun, for appellant.

Angela D. Marinakis and James Mackin, for appellee James Hall.

Jim Petro, Attorney General, and Janine Hancock Jones, Assistant Attorney General, for appellee Industrial Commission.

THE STATE EX REL. YORK, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. York v. Indus. Comm.,*
99 Ohio St.3d 529, 2003-Ohio-4692.]

(No. 2002–2070—Submitted April 29, 2003—Decided September 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

O'DONNELL, J., not participating.

Becker & Cade and Dennis A. Becker, for appellant.

Jim Petro, Attorney General, and Cheryl J. Nester, Assistant Attorney General, for appellee.

THE STATE EX REL. LOCKHART, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Lockhart v. Indus. Comm.,*
99 Ohio St.3d 530, 2003-Ohio-4694.]

(No. 2003–0117—Submitted July 22, 2003—Decided September 17, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

Law Office of Thomas Tootle and Thomas Tootle, for appellant.